United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Frank Stoller Construction, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **39-1195918** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **1401 Perry Street** <br> **Algoma, WI 54201-1641** <br> Number, Street, City, State & ZIP Code <br><br> **Kewaunee** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Frank Stoller Construction, Inc.**　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | **Frank Stoller Construction, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case 23-24505-kmp    Doc 1    Filed 10/03/23    Page 3 of 13

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Frank Stoller Construction, Inc.** _____ Case number (_if known_)_____

Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Frank Stoller Construction, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 3, 2023**
MM / DD / YYYY

**X** **/s/ Russell L Stoller**     **Russell L Stoller**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Virginia E. George**     Date **October 3, 2023**
Signature of attorney for debtor     MM / DD / YYYY

**Virginia E. George 1000586**
Printed name

**SWANSON SWEET LLP**
Firm name

**759 N. Milwaukee St.**
**Suite 305**
**Milwaukee, WI 53202**
Number, Street, City, State & ZIP Code

Contact phone  **414-877-1555**     Email address  **vgeorge@steinhilberswanson.com**

**1000586 WI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Frank Stoller Construction, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 3, 2023**     X **/s/ Russell L Stoller**
Signature of individual signing on behalf of debtor

**Russell L Stoller**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Frank Stoller Construction, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Algoma Utilities** 1407 Flora Avenue Algoma, WI 54201 | algomautilities@algomautilities.com | **Utility Service** | | | | $114.42 |
| **Allen Stoller** 8190 Ashfield Lane Anaheim, CA 92808 | | **stock buy back** | | | | $66,140.76 |
| **Ball Auto and Truck Parts** 1508 Sunset Ave Algoma, WI 54201 | algomanapa510@gmail.com | supplier | | | | $300.00 |
| **Bertha Stoller** 1516 Washington Street Algoma, WI 54201 | | stock buy back | | | | $425,309.60 |
| **Cellcom** PO Box 7555 De Pere, WI 54115-7555 | | **Phone Service** | | | | $204.00 |
| **City of Algoma** 416 Fremont Street Algoma, WI 54201 | | personal property assessment | | $6,597.00 | $0.00 | $6,597.00 |
| **Dawn Stoller** 15205 Gebhardt Road Elm Grove, WI 53122 | | stock buy back | | | | $66,140.76 |
| **Door Co. Coop** 317 Green Bay Road Sturgeon Bay, WI 54235 | info@doorcountycoop.com | trade vendor | | | | $150.00 |
| **Karen Patel** 9841 Bluegrass St Longmont, CO 80504 | | stock buy back | | | | $66,140.76 |

| Debtor | **Frank Stoller Construction, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mertens Sand and Gravel**<br>4681 Hwy P<br>New Franken, WI 54229 | | supplier | | | | $1.00 |
| **Secura Insurance**<br>PO Box 776231<br>Chicago, IL 60677-6231 | | insurance vendor | | | | $200.00 |
| **SFM Mutual Insurance Company**<br>PO Box 583178<br>Minneapolis, MN 55458 | | insurance vendor | | | | $200.00 |
| **Town of Ahnapee**<br>N8264 Maple Ct<br>Algoma, WI 54201 | | personal property assessment | | $13,421.00 | $0.00 | $13,421.00 |
| **Wisconsin Department of Revenue**<br>PO Box 8901<br>Madison, WI 53708-8901 | **James.McNeillyJr @wisconsin.gov** | corporate franchise tax, sales tax, other | **Disputed** | $942,598.41 | $0.00 | $942,598.41 |
| **Wisconsin Public Service**<br>PO Box 6040<br>Carol Stream, IL 60197-6040 | | **Utility Service** | | | | $47.79 |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Frank Stoller Construction, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Russell L Stoller**<br>**1401 Perry Street**<br>**Algoma, WI 54201-1641** | **Equity** | **100%** | **Class A** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 3, 2023**

Signature **/s/ Russell L Stoller**
**Russell L Stoller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re  **Frank Stoller Construction, Inc.**                    Case No. _____
                                    Debtor(s)                   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 3, 2023**           **/s/ Russell L Stoller**
                                     **Russell L Stoller**/**President**
                                     Signer/Title

```
Algoma Utilities
1407 Flora Avenue
Algoma, WI 54201

Allen Stoller
8190 Ashfield Lane
Anaheim, CA 92808

Ball Auto and Truck Parts
1508 Sunset Ave
Algoma, WI 54201

Bertha Stoller
1516 Washington Street
Algoma, WI 54201

Cellcom
PO Box 7555
De Pere, WI 54115-7555

City of Algoma
416 Fremont Street
Algoma, WI 54201

Dawn Stoller
15205 Gebhardt Road
Elm Grove, WI 53122

Door Co. Coop
317 Green Bay Road
Sturgeon Bay, WI 54235

James W McNeilly Jr.,   attorney WDOR
2135 Rimrock Road
POBox 8907
Madison, WI 53708

Karen Patel
9841 Bluegrass St
Longmont, CO 80504

Kewaunee County Treasurer
Administration Center
810 Lincoln Street
Kewaunee, WI 54216

Mertens Sand and Gravel
4681 Hwy P
New Franken, WI 54229

Secura Insurance
PO Box 776231
Chicago, IL 60677-6231
```

```
SFM Mutual Insurance Company
PO Box 583178
Minneapolis, MN 55458

Town of Ahnapee
N8264 Maple Ct
Algoma, WI 54201

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

Wisconsin Public Service
PO Box 6040
Carol Stream, IL 60197-6040
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Frank Stoller Construction, Inc.**  
                        Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Frank Stoller Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Russell L Stoller**  
**1401 Perry Street**  
**Algoma, WI 54201-1641**

☐ None [*Check if applicable*]

**October 3, 2023**  
Date

**/s/ Virginia E. George**  
**Virginia E. George 1000586**  
Signature of Attorney or Litigant  
Counsel for **Frank Stoller Construction, Inc.**  
**SWANSON SWEET LLP**  
**759 N. Milwaukee St.**  
**Suite 305**  
**Milwaukee, WI 53202**  
**414-877-1555 Fax:414-269-8479**  
**vgeorge@steinhilberswanson.com**